HARRY C. FEROE and Another, Respondents, v. B. H. BROOKS COMPANY and Others, Defendants; PIERRE M. BROWN, Appellant.— Motion granted, with ten

dollars costs, unless within thirty days appellant perfects his appeal and pays said costs, in which event motion is denied.